# Court of Appeals
# of the State of Georgia

ATLANTA,____April 30, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1513.  FRANK JAMES THOMAS v. THE STATE.**

The trial court dismissed Frank James Thomas's petition for mandamus relief, and Thomas appealed to this Court.[1]  The Supreme Court, however, has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006).  Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*____04/30/2015____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] The subject of the petition for mandamus was the trial court's refusal to rule on Thomas's motion to vacate and correct a void sentence, which the trial court has since denied.